UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANTEZ THROWER,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>MICHAEL MIMINEY, M.D., *et al.*,<br>　　　　　　　　　Defendants. | Case No. 3:21-cv-00171-MMD-CLB<br><br>ORDER |

**I.　DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff Shwantez Thrower is no longer at the address listed with the Court. The Court notes that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Thrower 30 days from the date of entry of this order to file his updated address with this Court.  If Thrower does not update the Court with his current address within 30 days from the date of entry of this order, this case will be subject to dismissal without prejudice.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Thrower shall file his updated address with the Court within 30 days from the date of this order.

IT IS FURTHER ORDERED that, if Thrower fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court will send Thrower a courtesy copy of this order, the order screening his complaint (ECF No. 7), and his complaint (ECF No. 8) to Lovelock Correctional Center: lcclawlibrary@doc.nv.gov.

DATED THIS  5th  day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
CARLA BALDWIN