AARON D. FORD
  Attorney General
DAVID A. BAILEY, Bar No. 13661
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail:  dabailey@ag.nv.gov

*Attorneys for Defendants under*
*Limited Notice of Appearance for*
*Settlement Discussions only*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHANTEZ THROWER,

                        Plaintiff,

v.

MICHAEL MIMINEY, M.D. et al.,

                        Defendants.

Case No.  3:21-cv-00171-MMD-CLB

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

        IT IS HEREBY STIPULATED by and between Shantez Thrower, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and David A. Bailey, Deputy Attorney General, that based on the

///
///
///
///
///
///
///
///
///
///

1  settlement agreement between the parties, the above-captioned action should be

2  dismissed with prejudice by order of the Court, with each party to bear its own costs.

3

4

5  DATED this __6__ day of __3__, 2022.    DATED this _16th_ day of _March_, 2022.

6                                          AARON D. FORD
                                           Attorney General
7

8  By: _____ #1044727          By: _____
9  Shantez Thrower #1044727                David A. Bailey, Bar No. 13661
   Plaintiff, *Pro Se*                     Deputy Attorney General
10
                                           *Attorneys for Defendants under*
11                                         *Limited Notice of Appearance for*
                                           *Settlement Discussions only*
12

13

14                                         **IT IS SO ORDERED**

15

16                                         _____
                                           **U.S. DISTRICT JUDGE**
17

18                                         **DATED:** __March 21, 2022__

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of March 2022, I caused a copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Shantez Thrower #1044727
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

*/s/ Karen Easton*
An employee of the
Office of the Attorney General